AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| BIKACHI AMISI <br><br> *Plaintiff(s)* <br> v. <br> RIVERSIDE REGIONAL JAIL AUTHORITY, et al <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:20-cv-00218 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   ROY TOWNSEND, JR.

Serve at:
Riverside Regional Jail
500 FOLAR Trail, North Prince George, VA 23860

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Daniel Zemel (VSB# 95073) and Mark J. Krudys (VSB# 30718)
THE KRUDYS LAW FIRM, PLC
SunTrust Center; 919 E. Main St., Ste. 2020; Richmond, VA 23219
804.774.7950 Phone
dzemel@krudys.com; mkrudys@krudys.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____4/13/2020_____                                   _____
                                                                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:20-cv-00218

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Ray Townsend, Jr.**
was received by me on *(date)* **4/20/20**.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Vicky Turner (Supervisor)**, who is designated by law to accept service of process on behalf of *(name of organization)* **Riverside Regional Jail** on *(date)* **4/20/20** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **4/20/20**

_____
*Server's signature*

**Albert Sary** 
*Printed name and title*

**101 E Main St Richmond**
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| BIKACHI AMISI <br><br> *Plaintiff(s)* <br> v. <br><br> RIVERSIDE REGIONAL JAIL AUTHORITY, et al <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:20-cv-00218 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   RIVERSIDE REGIONAL JAIL AUTHORITY

Serve:
Carmen DeSadier, Superintendent
Riverside Regional Jail
500 FOLAR Trail, North Prince George, VA 23860

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Daniel Zemel (VSB# 95073) and Mark J. Krudys (VSB# 30718)
THE KRUDYS LAW FIRM, PLC
SunTrust Center; 919 E. Main St., Ste. 2020; Richmond, VA 23219
804.774.7950 Phone
dzemel@krudys.com; mkrudys@krudys.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: ___4/13/2020___    _____Smith_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:20-cv-00218

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Carmen DeSsder (Superndent)
was received by me on *(date)* 4/20/20 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Vicky L. Turner (Supervisor), who is
designated by law to accept service of process on behalf of *(name of organization)* Riverside Regional
Jail Authority on *(date)* 4/20/20 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4/20/20

_____
Server's signature

Albert Safewrst
Printed name and title

1011 G. Main
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| BIKACHI AMISI <br><br> *Plaintiff(s)* <br> v. <br> RIVERSIDE REGIONAL JAIL AUTHORITY, et al <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:20-cv-00218 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   BRYAN BROWN

Serve at:
Riverside Regional Jail
500 FOLAR Trail, North Prince George, VA 23860

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Daniel Zemel (VSB# 95073) and Mark J. Krudys (VSB# 30718)
THE KRUDYS LAW FIRM, PLC
SunTrust Center; 919 E. Main St., Ste. 2020; Richmond, VA 23219
804.774.7950 Phone
dzemel@krudys.com; mkrudys@krudys.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   4/13/2020

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:20-cv-00218

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Brian Bow__
was received by me on *(date)* __4/20/20__.

☐ ~~I personally served the summons on the individual at *(place)*~~ ~~Riverside Regional Jail~~
~~with Vicky Turner~~ ~~on *(date)* 4/20/20~~ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Vicky Turner Supervisor__, who is designated by law to accept service of process on behalf of *(name of organization)* __Riverside Regional Jail__ on *(date)* __4/20/20__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __4/20/20__

_____
Server's signature

__Albert S[...]__
Printed name and title

__1811 Maid St Lakehow, VA 2[...]__
Server's address

Additional information regarding attempted service, etc: